FILED

12/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0467

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0467

_____

IN RE THE PARENTING OF:

P.J.S. and C.P.S., minor children,

TASHA STUCK,

      Petitioner and Appellee,                      O R D E R

      v.

BRIAN SQUILLACIOTTI,

      Respondent and Appellant.

_____

Appellant Brian Squillaciotti was granted an extension of time to file and serve his opening brief on or before November 20, 2024.  Squillaciotti was advised that no further extensions of time would be granted.  The opening brief is now overdue.

IT IS THEREFORE ORDERED that Squillaciotti shall prepare, file and serve the opening brief on appeal no later than January 6, 2025.  No further extensions will be granted.  **Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.**

The Clerk is directed to provide a copy of this Order to all parties.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 6 2024